Scott R. Hoyt (SBN 14558)
John P. Mertens (SBN 14522)
PIA ANDERSON MOSS HOYT
136 East South Temple, Suite 1900
Salt Lake City, UT  84111
Tel: 801.350.9000
Fax: 801.350.9010
shoyt@pamhlaw.com
jmertens@pamhlaw.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| ZIBALSTAR, L.C., a Utah Limited Liability Company, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THEODORE L. HANSEN, an Individual, et al.,<br><br>Defendants. | **MOTION FOR DISMISSAL WITH PREJUDICE WITHOUT ATTORNEYS' FEES AND COSTS [Re: Michael Grande, Eric Manriquez, Robert Garcia and Parker Enloe]**<br><br>Case: 2:18-cv-00418-BSJ |

COMES NOW Plaintiffs, by and through counsel, and hereby move the court for an order of dismissal with prejudice without attorneys' fees and costs for Defendants MICHAEL GRANDE; ERIC MANRIQUEZ; ROBERT GARCIA; and PARKER ENLOE, in that these Parties have resolved their disputes in the above-referenced matter.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order of Dismissal with Prejudice Without Attorneys' Fees and Costs regarding Defendants listed above.

DATED: October 31, 2018              PIA ANDERSON MOSS HOYT

                                     */s/ Scott R. Hoyt*_____
                                     Scott R. Hoyt
                                     John P. Mertens
                                     *Attorneys for Plaintiffs*

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2018, I filed with the Court via the CM/ECF system a true and correct copy of the foregoing MOTION FOR DISMISSAL WITH PREJUDICE WITHOUT ATTORNEYS' FEES AND COSTS, which served notice on all attorneys of record.

                          PIA ANDERSON MOSS HOYT

                          By: */s/ Michelle Lund*_____
                          Paralegal for Pia Anderson Moss Hoyt